ORIGINAL

FILED

05/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0272

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 20-0272

RINDO R. SIRONI, M.D. and ST. JAMES
HEALTHCARE,

      Petitioners,

v.

MONTANA SECOND JUDICIAL DISTRICT
COURT, SILVER BOW COUNTY,
HONORABLE KURT KRUEGER, Presiding

      Respondent.

O R D E R

Petitioners Rindo R. Sironi, M.D., and St. James Healthcare seek a writ of supervisory control directing the Second Judicial District Court, Butte-Silver Bow County, to reverse its April 8, 2020 Order Denying Motion to Dismiss for Insufficient Service of Process and Expiration of Statute of Limitations its Cause No. DV-16-262. Petitioners' motion to dismiss had asserted that the claims of the plaintiff in the underlying litigation were time-barred because she had not served her Complaint within the timeline required for accomplishing service under § 25-3-106, MCA, and because the statute of limitations for the filing of her Complaint had run in the interim.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Eleventh Judicial District Court and the State of Montana, or both, are granted thirty days from the date of this Order, to prepare, file, and serve a response(s) to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Second Judicial District Court, Butte-Silver Bow County, Cause No. DV-16-262, and the Honorable Kurt Krueger, presiding Judge.

Dated this _20_ day of May, 2020.

_____
Justice